**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00728-CR

**SHANCEY TYMANE FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 066137**

## ORDER

We **REINSTATE** this appeal.

On October 13, 2016, we granted the motion to withdraw filed by appellant's appellate counsel and ordered the trial court to appoint new counsel. We have received the trial court's order appointing Gaylon Riddels to represent appellant in this appeal. We **DIRECT** the Clerk to list Gaylon Riddels as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of thie order, by electronic transmission, to Gaylon Riddels and the Grayson County District Attorney's Office.

s/     LANA MYERS
           JUSTICE